ALEXIS WILSON BRIGGS SBN#251688
Attorney at Law
3104 O Street, Suite 389
Sacramento, CA 95816
(415) 646-5915
(866) 631-9159 fax
alexis@norcaldefense.com.

Attorney for Defendant
MARVIN TROY HANSON

IN THE UNITED STATES DISTRICT COURT

OR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MARVIN TROY HANSON,<br><br>            Defendant. | Case No.:  Mag. 10-0277 EFB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

STIPULATION

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Matthew C. Stegman, counsel for the plaintiff, and defendant, Marvin Hanson, by and through his counsel Alexis Wilson Briggs, that good cause exists to extend the status conference currently set for October 18, 2010, at 10:00 a.m. to January 10, 2011, at 10:00 a.m. pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

   Good cause exists to extend the time for the Status Conference within meaning of Rule 32.1 because discovery has been provided and the parties are close to a resolution of the case against the defendant. The defendant agrees that a continuance of the status conference date will not prejudice him because a resolution could result in an overall sentencing exposure that is significantly reduced. Both counsel believe a resolution in this case may occur within the next

month. The requested date is to permit time for the holiday schedule and to obtain additional relevant documentation.

DATED: 10/14/10                    /s/ Alexis Wilson Briggs
                                   ALEXIS WILSON BRIGGS
                                   Attorney for Defendant
                                   MARVIN TROY HANSON


                                   BENJAMIN B. WAGNER
                                   United States Attorney

DATED: 10/14/10                    By  /s/ Matthew C. Stegman
                                   MATTHEW C. STEGMAN
                                   Assistant U.S. Attorney


(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, IT IS HEREBY ORDERED THAT:

The Court finds good cause to extend the Status Conference currently set for October 18, 2010, at 10:00 a.m. to January 10, 2011, at 2:00 p.m. pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

DATED: October 18, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE